UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

| | |
|---|---|
| **ELYSE M. MYERS**<br>SSN: xxx-xx-3710<br>Debtor | **CASE NUMBER:** 07-10845<br>**CHAPTER 13** |

**NOTICE TO PHYSIOTHERAPY ASSOCIATES THAT $5.85
HAS BEEN DEPOSITED INTO THE COURT'S
UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Physiotherapy Associates, creditor herein, and deposits $5.85 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Physiotherapy Associates was:

    6724 Old Trail Road, Suite 200
    Fort Wayne, IN 46809

2. That the Standing Chapter 13 Trustee's disbursement check has been returned with "Unable to Forward" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That this case was discharged on April 30, 2010 and is closed.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: August 18, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on August 18, 2010

By U.S. Mail postage prepaid
Debtor: Elyse M. Myers, 354 West Washington Center Road, Fort Wayne, IN 46825
Creditor: Physiotherapy Associates, 6724 Old Trail Road, Suite 200, Fort Wayne, IN 46809

By electronic mail via CM/ECF:
Debtor's Attorney: Dennis G. Golden
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King